FILED
Clerk
District Court

NOV – 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# ABSTRACT OF JUDGMENT

### Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| **FRANCISCO M. BORJA,**<br>   **Mayor of Tinian and Aguiguan AND**<br>**MUNICIPALITY OF TINIAN AND AGUIGUAN,**<br>   **a chartered municipality and political subdivision of**<br>   **the Commonwealth of the Northern Mariana Islands** | **UNITED STATES OF AMERICA**<br>**CV 02-0016** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| **$1,349,367.96 + interest + costs** | **UNITED STATES ATTORNEY**<br>**SIRENA PLAZA, SUITE 500**<br>**108 HERNAN CORTEZ AVENUE**<br>**HAGATNA, GUAM 96910** | **06-21-2005**<br>**(EOD 06-21-2005)** |

UNITED STATES OF AMERICA,       CLERK'S OFFICE       U.S. DISTRICT COURT FOR THE
NORTHERN MARIANA ISLANDS
SS.

I CERTIFY, That the foregoing is a correct Abstract of Judgment entered or registered by this Court.

NOV – 8 2005

Date,       _____

GALO L. PEREZ, Clerk.

By:      _____, Deputy Clerk.

ORIGINAL