FILED
Clerk
District Court

JAN 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LOREN A. SUTTON
LAW OFFICE OF LOREN A. SUTTON
Summer Holiday Hotel, Suite 7101
Garapan, P.O. Box 5593 CHRB
Saipan MP 96950
fax:(670) 235 8069
Ph: (670) 235 8065

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　vs.<br>FRANCISCO M. BORJA, MAYOR OF TINIAN; the MUNICIPALITY OF TINIAN, a chartered municipality, and a political subdivision of the Commonwealth of the Northern Mariana Islands; and the COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br>　　　Defendant | Civil Case No. 02-0016<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS BORJA AND MUNICIPALITY |

COMES NOW, Loren A. Sutton, for and on behalf of Francisco M. Borja, Mayor of Tinian and the Municipality of Tinian, and hereby moves to withdraw from representation of the above noted entities.

Mayor Francisco M. Borja served two terms as Mayor of Tinian and Aquiguan and was not eligible to run for a third term.

In November of 2005, Jose P. San Nicolas was elected Mayor of Tinian. In early January 2006, the new Mayor responded to my

ORIGINAL

letter of courtesy resignation indicating that he intended to hire other attorneys who reside on Tinian to represent the Mayor of Tinian's Office and himself and accepted my resignation.

Accordingly, I hereby move to withdraw from representation of the Mayor of and the Municipality of Tinian in such other hearings and legal matters that may come before this Court in the above cited matter.

I have faxed Notice of Withdrawal to Mayor San Nicolas and to Mikel Schwab, Assistant U.S. Attorney, this date.

Respectfully submitted on this 24th day of January 2006.

Loren A. Sutton,
Counsel for Defendants
F0179

ORDER

FOR GOOD CAUSE SHOWN, Loren A. Sutton, Counsel for the Mayor and Municipality of Tinian and Aguiguan is hereby Ordered withdrawn from the above captioned matter. The Mayor of Tinian, Jose P. San Nicolas is Ordered to provide the Court with the name(s) of substituted counsel in this case.

_____          _____
Dated                        Alex R. Munson
                             Chief Judge

RECEIVED
JAN 24 2006
Clerk
District Court
For The Northern Mariana Islands