F I L E D
Clerk
District Court

JAN 2 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 02 - 0016 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION |
| ) | OF LOREN A. SUTTON TO |
| FRANCISCO M BORJA, Mayor of ) | WITHDRAW AS COUNSEL OF |
| Tinian, *et al.*, ) | RECORD FOR MAYOR OF |
| ) | TINIAN |
| Defendant ) | |

Loren A. Sutton's motion to withdraw as attorney of record for defendant Mayor of Tinian is granted. It appears from the record that this matter has been resolved, unless post-judgment issues arise, and no prejudice should accrue to defendant by granting Mr. Sutton's motion.

IT IS SO ORDERED.

DATED this 25th day of January, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)